Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO and McLAUGHLIN, JJ.   Dissenting: CHASE and CUDDEBACK, JJ.

---

In the Matter of the Application of IRMA P. HOPPER, as Ancillary Administratrix of the Estate of CHARLES H. HOPPER, Deceased, Appellant.

HARRIET A. HOPPER, Individually, and as Trustee under the Will of GEORGE H. HOPPER, Deceased, et al., Respondents.

*Matter of Hopper*, 180 App. Div. 925, affirmed.

(Argued April 23, 1918; decided May 7, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1917, which affirmed a decree of the New York County Surrogate's Court denying an application by the administratrix of Charles H. Hopper, deceased, to compel Harriet A. Hopper, as testamentary trustee under the will of George H. Hopper, deceased, to pay over to her one-sixth of the accrued income received by the said Harriet A. Hopper from the trust created by the said will.   The testator gave the residue of his property to his wife in trust during her life to collect the income, pay one-half thereof to herself and divide the remaining half equally among his three children.   In case of the death of any of his children, during the lifetime of his wife, leaving issue, such issue to receive the parents' share of such income.   Charles H. Hopper, one of the children, died without issue, his mother surviving.   The trustee claimed that the estate of Charles H. Hopper is not entitled to any portion of the income from the trust estate accruing subsequent to his death, and that all of such income is divisible between the remaining living children of the testator.   The contention of the petitioner is that the testator under his will made no provision for the disposition of income upon the

death of any of his children without leaving issue, and hence such income belonged to the person presumptively entitled to the next eventual estate under the provisions of section 63 of the Real Property Law and section 11 of the Personal Property Law.

*Eugene D. Boyer* and *Charles Strauss* for appellant.
*John De Witt Warner* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.

---

In the Matter of the Application of WILLIAM G. IHRIG, Respondent, for a Writ of Mandamus against WILLIAM WILLIAMS, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.

*Matter of Ihrig* v. *Williams*, 181 App. Div. 865, affirmed.
(Argued April 23, 1918; decided May 7, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1918, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to grant to the petitioner an inspection of the reports of engineers and of all other reports, records, papers and documents on file in his office relating to the explosion and bursting of a water main which took place in Lafayette street, near the intersection of said street and Howard street, in the borough of Manhattan, city of New York, on the 21st day of June, 1917, and to give the petitioner an opportunity to make copies of or extracts from the aforesaid reports, records and documents.

*William P. Burr,* Corporation Counsel (*Terence Farley* and *John F. O'Brien* of counsel), for appellant.

*Alexander Holtzoff* and *Paul Windels* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.